UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>ALLAN JAMES JOHNSTON, 　　　)<br>　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　) | Case No. 2:12MJ00219-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release Allan James Johnston , Case No. 2:12mj00219-GGH , Charge 18USC § 1028(a)(7) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　Release on Personal Recognizance

　　__　Bail Posted in the Sum of $_____

　　　　__　Unsecured Appearance Bond

　　　　__　Appearance Bond with 10% Deposit

　　　　__　Appearance Bond with Surety

　　　　__　Corporate Surety Bail Bond

　　　　__　(Other)　　Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 4, 2012  at  2:00 pm  .

　　　　　　　　　　　　　　By　 /s/Gregory G. Hollows
　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Court's Copy