1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    BENJAMIN D. GALLOWAY, Bar #214897
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    ALLAN JAMES JOHNSTON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )  NO. MAG-12-0219-GGH/CKD
                                       )
12                   Plaintiff,        )  STIPULATION TO EXTEND DATE FOR
                                       )  PRELIMINARY HEARING; ORDER
13         v.                          )  EXTENDING TIME
                                       )
14   ALLAN JAMES JOHNSTON,             )
                                       )  DATE:    December 21, 2012
15                   Defendant.        )  TIME:    2:00 p.m.
                                       )  JUDGE:   Hon. Carolyn K. Delaney
16   _____)

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through

19   their respective counsel, MATTHEW SEGAL, Assistant United States

20   Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant

21   Federal Defender, attorney for Defendant, that the preliminary hearing

22   presently set for December 14, 2012 shall be vacated and a new date for

23   preliminary hearing shall be December 21, 2012 at 2:00 p.m.

24        The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and

25   (d), that this court should make a finding of good cause for the

26   extension and that in fact good cause is hereby shown.  Defense counsel

27   and the government have not had sufficient time to (1) finalize

28   necessary preparation for indictment, and (2) prepare for the

1    preliminary hearing, and (3) finalize negotiations with the defendant

2    and defense counsel about potential settlement of the case.

3         The parties submit that the ends of justice are served by the

4    Court excluding such time, so that they may have reasonable time

5    necessary for effective preparation, taking into account the exercise

6    of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

7    stipulate that the interest of justice outweighs the interest of the

8    public and the defendant in a speedy filing of an indictment or

9    information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good

10   cause outweighs the public's interest in the prompt disposition of

11   criminal cases.  Fed. R. Crim. P. 5.1(d).

12        Both parties request the date of December 21, 2012 for the

13   preliminary hearing in this case.  The request for extending the date

14   for preliminary hearing is at the specific request of the defendant and

15   with the knowing and voluntary waiver of his Speedy Preliminary Hearing

16   rights under the law. Good cause is thereby shown.

17        AGREED:

18   DATED: December 10, 2012          DANIEL J. BRODERICK
                                       Federal Defender
19

20                                     /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
21                                     Assistant Federal Defender
                                       Attorney for Defendant
22

23   DATED: December 10, 2012          BENJAMIN WAGNER
                                       United States Attorney
24

25                                     /s/ Benjamin Galloway for
                                       MATTHEW SEGAL
26                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
27

28

<u>**O R D E R**</u>

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for December 21, 2012 at 2:00 p.m.

DATED:  December 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3